UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MORPOL, S.A.,

                               MEMORANDUM AND ORDER

          Plaintiff,

                               CV 09-4742
   -against-                            (Wexler, J.)

GSG MARKETING, LTD., and
GSG MARKETING, INC.,

          Defendants.
------------------------------------------------------------X
APPEARANCES:

    Akerman Senterfitt LLP
    By: Scott Michael Kessler, Esq.
    445 Madison Avenue
    Suite 2600
    New York, NY 10017
    Attorneys for Plaintiff

    LaMonica Herbst & Maniscalco
    By: David Blansky, Esq.
    3305 Jerusalem Avenue
    Wantagh, NY 11793
    Attorneys for Defendants

WEXLER, District Judge

    In accord with rulings made at a hearing held today in connection with the application of attorney Blansky to be removed as counsel, the court hereby grants the application to withdraw. Further, in light of the representation by the Defendants that they do not intend to engage new counsel, and in view of the fact that Defendants are both corporations, the court grants leave to Plaintiff to move immediately for entry of default against Defendants.

    In light of the rulings above, the Clerk of the Court is directed to note the termination of

1

attorney Blansky, and his firm from the docket in this matter, and to terminate the motion appearing as docket entry 19.

SO ORDERED.

/ LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
       January 5, 2011